```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 27, 2010
```

**MANDATE**

S.D.N.Y. – N.Y.C.
93-cr-181
Pauley, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4th day of August, two thousand ten,

Present:

    Dennis Jacobs,
        *Chief Judge,*
    José A. Cabranes,
    Peter W. Hall,
        *Circuit Judges.*

---

United States of America,

        *Appellee,*

    v.                                              09-3077-cr

Mohammed A. Saleh,

        *Defendant-Appellant.*

---

Robert J. Boyle, counsel for Appellant, Mohammed A. Saleh, moves for permission to withdraw as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967), and the Government moves for summary affirmance of the district court's denial of Appellant's 18 U.S.C. § 3582 motion. Upon due consideration, it is hereby ORDERED that the motions are GRANTED, because the district court properly determined that Appellant was ineligible for a reduction of his sentence under § 3582, as Amendment 591 to the Sentencing Guidelines had no effect on his Guidelines range. *See United States v. Martinez*, 572 F.3d 82, 84 (2d Cir. 2009) (if an amendment to the Guidelines would not affect a defendant's Guidelines range, he is ineligible for a reduction under 18 U.S.C. § 3582).

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

MANDATE ISSUED ON 08/27/2010