IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

Mohammed A. Saleh, Movant,

    -against-                                            93 Cr. 181 (WHP)

UNITED STATES OF AMERICA, Respondent

----------------------------------------------------------X

## NOTICE OF PENDING MATTER

Comes now Mohammed Saleh, who respectfully inquires of this Court as to the status of Movant's Answer to the Government's Response to the Motion Pursuant to 28 U.S.C. Section 3582, dated May 10, 2018, Document #1102.

Respectfully submitted
this 24th day of July, 2019

Mohammed Saleh, 34856-054
FCI Beckley
PO Box 350
Beaver, WV 25813

Mohammed Saleh #34853-054
FCI Beckley
PO Box 350
Beaver, WV 25813

Clerk of the Court
USDC SDNY
United States Courthouse
500 Pearl Street
NY, NY 10007-1312

RECEIVED
2019 JUL 29 PM 3:06
CLERK'S OFFICE
S.D.N.Y.