UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA,**

**NOTICE OF MOTION**

v.

**No. 1:93-cr-00181**

**MOHAMMED SALEH,**

**18 USC 3582(c)(1)(A)(i)**

Defendant.

---

PLEASE TAKE NOTICE, that upon the memorandum of law of Kathy Manley, attorney

for Mohammed Saleh, dated May 12, 2020, Mr. Saleh moves this Court on June 2, 2020 for

compassionate release pursuant to 18 USC 3582(c)(1)(A)(i), as amended by the First Step Act

(Pub. L. 115-391, § 603(b), 132 Stat. 5194, 5239 [eff. 12/21/20l8.])

WHEREAS, Mohammed Saleh respectfully requests that the Court grant the above relief,

and such other and further relief as this Court deems just and proper.

Dated: May 12, 2020.

*Kathy Manley*
KATHY MANLEY
26 Dinmore Road
Selkirk, NY 12158
(518) 635-4005 (phone and fax)
Mkathy1296@gmail.com

TO:   Clerk, US District Court
      United States Courthouse
      500 Pearl Street
      New York, New York 10007

      United States Attorney's Office
      1 Saint Andrews Plaza
      New York, NY 10007

      Mohammed Saleh
      Address on file