## APPLICATION FOR COMPASSIONATE RELEASE UNDER FIRST STEP ACT

<u>To:</u>  Warden

<u>Date:</u> 3-28-2020

I, _Mohammed Saleh_ , Reg, No.34853-054, am hereby submitting this Application for Compassionate Release. I am _64_ years old, and this puts me at high risk for COVID19, which is starting to spread quickly through federal prisons. People in prison are already starting to die from it.

<u>Date of Birth:</u> 08-1-1956

<u>Sentence, When Imposed, and in What Court</u>

35 yrs - 1-1995 Southern District of New York

release date 9-2023

<u>Medical Conditions</u> I have serious problem in my Colon & I had Surgery Last yrs they told me my colon has to monitor I could have cancer anytime, also I have problem with my left eye I have a whole in my Retna I have to go to outside doctor every 3 months for treatment the eye doctor she told me I could loose my eye sight if I stop the treatment also, I have serious knee problem that why the Dr. gave me a Cain to walk with other wise I will have difficulty to walk with also Constant back problem. also I have Asma hard breathing.

my release plan I want to go back to my country Jordan.

BP-A148.055
SEP 98

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Mr. Young The warden | DATE: 3-28-2020 |
|---|---|
| FROM: Mohammed A. Saleh. | REGISTER NO.: 34853-054 |
| WORK ASSIGNMENT; Yard Pm | UNIT: PBL |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request" Application For Compassionate Release under First Step Act. "

I Mohammed A. Saleh #34853-054, am hereby submitting this application for compassionate Release. I am almost (64) yrs old, and this put me at high risk for CoViD 19, which is starting to spread quickly through federal prisons, people in prison are already starting to die from it. I have 3 yrs left from my sentence and I have several serious medical problems such as colon polbs. Could develope to cancer any time, I have a whole in my left eye in the Ritna Require going every couple months to outside Dr. and I was told by the Dr. if I stop treatment I will loose my sight. Also I have serious Knees problem require me to use the can to get up or walk & back problems and hard breath problem. Thank you for consideration.
My lawyer inform me that you have 30 days to answer it.

(Do not write below this line)

DISPOSITION:

Inmate Saleh,
    You rec'd a response from the Warden
for this request on April 7, 2020

| Signature Staff Member | Date 4/13/2020 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER         **SECTION 6**



# U.S. Department of Justice

## Federal Bureau of Prisons

*Federal Correctional Institution – FCI Beckley*

*P. O. Box 1280*
*Beaver, West Virginia 25813*

April 7, 2020

**MEMORANDUM FOR D. L. YOUNG, WARDEN**

**FROM:**        E. Stennett, Pine Unit Manager

**SUBJECT:**        Compassionate Release
RE: SALEH, Mohammed, Reg. No. 34853-054

Inmate Saleh requested a Reduction in Sentence (RIS) based on concerns about COVID-19. After careful consideration, your request is denied.

According to inmate Saleh, he is a 64 year old male who suffers from colon, eyes, knees, and back health issues.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, <u>Compassionate Release/Reduction in Sentence:</u> <u>Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied at this time.

Upon review of all relevant information, Unit Team recommends the Compassionate Release be denied.

( ) Recommend approval for compassionate release
(X) Recommend denial for compassionate release

If you are not satisfied with this response to your request, you may
commence an appeal of this decision via the administrative remedy process
by submitting your concerns on the appropriate form (BP-9) within 20 days
of the receipt of this response.

D. L. Young, Warden