

## Individualized Reentry Plan - Program Review  (Inmate Copy)

SEQUENCE: 00535856

Dept. of Justice / Federal Bureau of Prisons

Team Date: 03-17-2020

Plan is for inmate: SALEH, MOHAMMED  34853-054

| | | |
|---|---|---|
| Facility: | BEC  BECKLEY FCI | Proj. Rel. Date: 09-03-2023 |
| Name: | SALEH, MOHAMMED | Proj. Rel. Mthd: GCT REL |
| Register No.: | 34853-054 | DNA Status: FLM01415 / 09-08-2009 |
| Age: | 63 | |
| Date of Birth: | 08-01-1956 | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| POSSIBLE DEPORTATION | null |

### Pending Charges

ICE Detainer

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BEC | YARD PM | YARD ORDERLY PM | 03-10-2020 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BEC | ESL HAS | ENGLISH PROFICIENT | 04-18-1996 |
| BEC | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-05-1996 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BEC | | SUICIDE CADRE PSYCHOLOGY | 02-13-2020 | CURRENT |
| BEC | C | ACE BLACK HISTORY CLASS | 03-19-2019 | 03-20-2019 |
| BEC | C | VT FORKLIFT CLASS | 05-17-2018 | 06-21-2018 |
| BEC | C | VT ELECTRICAL M&W 330-830 | 07-24-2017 | 02-12-2018 |
| BEC | C | MAJOR APPLIANCE 730-1030 T-TH | 07-06-2017 | 02-01-2018 |
| BEC | C | (A)MSO EXCEL 2-CAI | 09-02-2016 | 10-12-2016 |
| BEC | C | A(MSO) WORD 2-CAI | 09-02-2016 | 10-12-2016 |
| BEC | C | (A)MSO POWERPOINT 1-CAI | 09-02-2016 | 10-12-2016 |
| BEC | C | VT BLUEPRINT READING 1230-1530 | 07-05-2016 | 09-26-2016 |
| BEC | C | (A)MSO EXCEL 1-CAI | 07-12-2016 | 08-10-2016 |
| BEC | C | A-MSO WORD 1-CAI | 07-12-2016 | 08-10-2016 |
| BEC | C | (A)INTERNET FIREFOX-CAI | 07-12-2016 | 08-10-2016 |
| MAR GP | C | INFORMATION PROCESSING VT | 08-15-2015 | 04-08-2016 |
| MAR GP | C | ACE COMPUTER KEYBOARDING 2 | 07-08-2015 | 08-31-2015 |
| MAR GP | C | ACE CLASS - LEGAL RESEARCH | 01-13-2016 | 03-02-2016 |
| MAR GP | C | ACE CLASS - BEGINNING SPANISH | 01-13-2016 | 03-02-2016 |
| MAR GP | C | ACE COMPUTER KEYBOARDING 3 | 01-11-2016 | 02-29-2016 |
| MAR GP | C | ACE ELECTRONIC LAW LIBRARY | 07-15-2015 | 09-15-2015 |
| MAR GP | C | IND.STUDIES COLLEGE | 03-06-2015 | 08-21-2015 |
| MAR GP | W | INFORMATION PROCESSING VT 715 | 04-17-2015 | 08-15-2015 |
| MAR GP | C | ADVANCED CROCHET | 04-27-2015 | 06-22-2015 |
| MAR GP | C | ADVANCED BEADING CLASS | 04-19-2015 | 06-14-2015 |
| MAR CMU | C | CMU CROCHET CLASS | 01-22-2015 | 03-30-2015 |
| MAR CMU | C | CMU FITNESS CLASS | 01-21-2015 | 03-30-2015 |
| MAR CMU | C | CMU DRAWING CLASS | 01-21-2015 | 03-30-2015 |
| MAR CMU | C | CMU YOGA CLASS | 01-24-2015 | 03-30-2015 |
| MAR CMU | C | I UNIT BEADING CLASS | 10-13-2014 | 12-24-2014 |
| MAR CMU | C | CMU DRAWING CLASS | 07-23-2014 | 09-25-2014 |
| MAR CMU | C | USP PARENTING PROGRAM | 07-03-2014 | 09-04-2014 |
| MAR CMU | C | CMU FITNESS CLASS | 04-18-2014 | 07-07-2014 |
| MAR CMU | C | CMU ANATOMY CLASS | 04-14-2014 | 07-07-2014 |
| MAR CMU | W | BEGINNER ORIGAMI | 04-10-2014 | 07-07-2014 |
| MAR CMU | C | CMU PAINTING CLASS | 04-12-2014 | 07-07-2014 |
| MAR CMU | C | WATERCOLOR PAINT CLASS | 04-09-2014 | 07-07-2014 |



**Individualized Reentry Plan - Program Review  (Inmate Copy)**     SEQUENCE: 00535856
Dept. of Justice / Federal Bureau of Prisons              Team Date: 03-17-2020
Plan is for inmate: SALEH, MOHAMMED  34853-054

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MAR CMU | C | CARD MAKING CLASS | 04-08-2014 | 07-07-2014 |
| MAR CMU | C | STOCK MARKET INVESTING ACE | 03-26-2014 | 05-14-2014 |
| MAR CMU | C | CMU FITNESS CLASS | 01-22-2014 | 03-26-2014 |
| MAR CMU | C | CMU YOGA CLASS | 01-22-2014 | 03-26-2014 |
| MAR CMU | C | CMU CROCHET CLASS | 01-22-2014 | 03-26-2014 |
| MAR CMU | C | I UNIT BEADING CLASS | 01-22-2014 | 03-26-2014 |
| MAR CMU | C | CMU DRAWING CLASS | 01-22-2014 | 03-26-2014 |
| MAR CMU | C | CMU PAINTING CLASS | 01-22-2014 | 03-26-2014 |
| MAR CMU | C | NUTRITION | 10-16-2013 | 12-23-2013 |
| MAR CMU | C | NUTRITION | 10-16-2013 | 12-23-2013 |
| MAR CMU | C | I UNIT BEADING CLASS | 07-14-2013 | 09-23-2013 |
| MAR CMU | C | CMU ANATOMY CLASS | 04-12-2013 | 07-01-2013 |
| MAR CMU | C | BEGINNER ORIGAMI | 01-30-2013 | 04-07-2013 |
| MAR CMU | C | CMU FITNESS CLASS | 01-30-2013 | 03-25-2013 |
| MAR CMU | C | CIVIL WAR ACE CLASS | 01-04-2013 | 03-04-2013 |
| MAR CMU | C | AMERICAN REVOLUTION ACE CLASS | 01-08-2013 | 03-05-2013 |
| MAR CMU | C | INVENTORS & INNOVATORS VIDEOS | 08-23-2012 | 11-08-2012 |
| MAR CMU | C | ACE CONSTRUCTION TRADES VIDEO | 08-22-2012 | 11-07-2012 |
| MAR CMU | C | ACE COMPUTER KEYBOARDING | 08-20-2012 | 11-05-2012 |
| MAR CMU | C | VT - CUSTODIAL MAINTENANCE | 06-01-2011 | 10-10-2011 |
| MAR CMU | C | CMU TYPING | 03-02-2012 | 05-18-2012 |
| MAR CMU | C | CONSTRUCTION DESIGN & ESTIMATE | 10-19-2011 | 01-19-2012 |
| MAR CMU | C | CMU DRAWING CLASS | 07-11-2011 | 09-20-2011 |
| MAR CMU | C | CMU CROCHET CLASS | 07-12-2011 | 09-20-2011 |
| MAR CMU | C | CMU PAINTING CLASS | 07-16-2011 | 09-15-2011 |
| MAR CMU | C | BEGINNER'S MARKETING | 06-20-2011 | 08-23-2011 |
| FLM | C | HEALTH EDUCATION CLASS | 12-31-2010 | 03-10-2011 |
| FLM | C | MATH FROM THE VISUAL WORLD | 09-09-2010 | 12-01-2010 |
| FLM | C | 500 NATIONS | 08-18-2010 | 10-12-2010 |
| FLM | C | THE UNIVERSE - PART 1 | 03-03-2010 | 05-25-2010 |
| FLM | C | PELOPONNESIAN WAR - PART 2 | 03-04-2010 | 05-05-2010 |
| FLM | C | PELOPONNESIAN WAR - PART 1 | 12-31-2009 | 03-03-2010 |
| FLM | C | BITS OF HISTORY | 12-09-2009 | 03-02-2010 |
| FLM | C | HISTORY OF SCIENCE - PART 2 | 10-29-2009 | 12-30-2009 |
| FLM | C | BATTLES OF THE ANCIENT WORLD | 10-14-2009 | 12-08-2009 |
| FLM | C | HISTORY OF SCIENCE - PART 1 | 08-27-2009 | 10-28-2009 |
| FLM | C | ENGINEERING AN EMPIRE | 07-22-2009 | 10-13-2009 |
| FLM | C | BIOLOGY & HUMAN BEHAVIOR | 06-04-2009 | 08-26-2009 |
| FLM | C | NOVA | 04-29-2009 | 07-21-2009 |
| FLM | C | HISTORY OF NUMBERS | 03-12-2009 | 06-03-2009 |
| FLM | C | HISTORY OF WORLD WAR II | 02-18-2009 | 04-28-2009 |
| FLM | C | HISTORY OF EUROPEAN ART PART 2 | 12-18-2008 | 03-11-2009 |
| FLM | C | ARCHITECTURAL WONDERS | 12-24-2008 | 02-17-2009 |
| FLP | C | ART | 08-06-2008 | 09-04-2008 |
| FLP | C | BEADING | 07-12-2008 | 09-04-2008 |
| FLP | C | WELLNESS | 07-12-2008 | 09-04-2008 |
| FLP | C | DB ACE OCEAN ENVIRONMENTS | 06-02-2008 | 08-18-2008 |
| FLP | C | BEADING CLASS | 07-12-2008 | 07-12-2008 |
| FLM | C | TEN DAYS THAT CHANGED AMERICA | 02-20-2008 | 04-29-2008 |
| FLM | C | HEALTH EDUCATION CLASS | 03-08-2008 | 04-27-2008 |
| FLM | C | BIOG: EXPLORERS & EARLY AMERIC | 11-14-2007 | 02-19-2008 |
| FLM | C | HEALTH EDUCATION CLASS | 09-02-2007 | 10-28-2007 |
| FLM | C | PHYSICS IN YOUR LIFE - PART 2 | 04-19-2007 | 06-20-2007 |
| FLM | C | PHYSICS IN YOUR LIFE - PART 1 | 02-15-2007 | 04-18-2007 |
| FLM | C | AMER. REVL. + US MEXICAN WAR | 01-24-2007 | 04-03-2007 |
| FLM | C | ANIMALS OF THE WORLD | 11-01-2006 | 01-23-2007 |
| FLM | C | HEALTH EDUCATION CLASS | 10-16-2006 | 12-09-2006 |



## Individualized Reentry Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SALEH, MOHAMMED   34853-054

SEQUENCE: 00535856
Team Date: 03-17-2020

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FLM | C | COSMOS | 05-17-2006 | 08-08-2006 |
| FLM | C | HEALTH EDUCATION CLASS | 01-23-2006 | 03-17-2006 |
| FLM | C | WORLD RELIG-BUDDHISM/JUDAISM | 11-30-2005 | 02-21-2006 |
| FLM | C | TRANSPORTATION | 09-15-2005 | 12-07-2005 |
| FLM | C | JOY OF THINKING: MATH IDEAS | 06-23-2005 | 09-14-2005 |
| FLM | C | HEALTH EDUCATION CLASS | 03-14-2005 | 05-20-2005 |
| FLM | C | ASTRONOMY-INTRO TO UNIVERSE 1 | 11-11-2004 | 01-19-2005 |
| FLM | C | HISTORY OF ANCIENT EGYPT -1 | 09-29-2004 | 12-21-2004 |
| FLM | C | HEALTH EDUCATION CLASS | 09-13-2004 | 11-19-2004 |
| FLM | C | ARGUMENTATION:EFFEC. | 08-19-2004 | 11-10-2004 |
| FLM | C | AGAINST ALL ODDS | 06-30-2004 | 09-28-2004 |
| FLM | C | BLACK AMERICANS | 06-10-2004 | 08-18-2004 |
| FLM | C | HEALTH EDUCATION CLASS | 03-15-2004 | 05-10-2004 |
| FLM | C | PARENTING 2 PROGRAM | 01-27-2004 | 04-23-2004 |
| FLM | C | THE JOY OF SCIENCE - PART 3 | 01-08-2004 | 03-17-2004 |
| FLM | C | HISTORY OF ANCIENT ROME-PART 2 | 01-14-2004 | 04-06-2004 |
| FLM | C | INSIDE THE GLOBAL ECONOMY | 10-09-2003 | 01-07-2004 |
| FLM | C | HISTORY OF ANCIENT ROME-PART 1 | 10-22-2003 | 01-13-2004 |
| FLM | C | PARENTING PROGRAM | 09-22-2003 | 12-12-2003 |
| FLM | C | HEALTH EDUCATION CLASS | 10-05-2003 | 12-08-2003 |
| FLM | C | THE JOY OF SCIENCE - PART 2 | 07-31-2003 | 10-08-2003 |
| FLM | C | INTRO TO CONTEMPORARY MATH | 05-14-2003 | 08-13-2003 |
| LVN | W | LAW LIBRARY OVERVIEW TU/FR7-8P | 10-19-2000 | 12-21-2000 |
| LVN | C | LAW LIBRARY OVERVIEW TU/FR7-8P | 07-07-2000 | 10-20-2000 |
| LVN | W | INTRO TO ELECTRIC - DC THEORY | 06-08-1998 | 07-11-1998 |
| LVN | W | 2:00-3:30 ADVANCED SPANISH II | 10-15-1996 | 01-15-1997 |
| LVN | C | BEGINNING SPANISH SHOUSE | 06-24-1996 | 10-03-1996 |
| LVN | C | KEYBOARDING 1:00-2:00 MUNSON | 06-19-1996 | 09-21-1996 |
| LVN | W | GED UNICOR 8:30-9:30 CRUM | 05-06-1996 | 06-05-1996 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 07-15-2010 |
| CARE2 | STABLE, CHRONIC CARE | 12-21-2004 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 07-15-2019 |
| NO F/S | NO FOOD SERVICE WORK | 08-08-2018 |
| ORTH SHOES | ORTHOPEDIC SHOES | 11-21-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 08-08-2018 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 04-14-2016 |

### FRP Details

| Most Recent Payment Plan |
|---|

*** NO FRP DETAILS ***

**FRP Assignment:**     **COMPLT     FINANC RESP-COMPLETED**          **Start: 06-20-1996**

Payments past 6 months:     **$0.00**          Obligation Balance: **$0.00**

### Financial Obligations

## Individualized Reentry Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SALEH, MOHAMMED  34853-054

SEQUENCE: 00535856
Team Date: 03-17-2020

### Most Recent Payment Plan

*\*\* NO FRP DETAILS \*\**

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | ASSMT | $150.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*\*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\**

### Payment Details

Trust Fund Deposits - Past 6 months:  $886.40                    Payments commensurate ?  Y

New Payment Plan:        \*\* No data \*\*

### Progress since last review

Since Last Review: Inmate has not enrolled in Victim Impact or Inmate Empowerment.

He is enrolled in Suicide Cadre.

### Next Program Review Goals

Recommend Inmate enrolls in Victim Impact and Inmate Empowerment by 09/2020.

### Long Term Goals

Inmate is currently healthy and in need of simple chronic care clinics at this time. Inmate needs to maintain a healthy diet and exercise routine. If, at any time, he feels condition has changed and needs to be evaluated by medical staff, he has access to medical through the sick call process.

### RRC/HC Placement

No.
Criminal alien releasing to custody of ICE.

### Comments

Inmate is not eligible for RRP due to ICE Detainer.

Finance/Poverty Need Screen Is there documentation in the PSR of any of the following?
__ Any history of Bankruptcy
__ No bank account
_X_ No assets nor liabilities noted in PSR
__ Debts noted in Credit Report or other sources
__ Tax Liabilities/back taxes
__ Unpaid alimony/child support
__ other indications of lack of financial management skills (specify) _____
_____ (if any of the above, check yes) If the answer is yes, the inmate has a financial/poverty skills need.

_____ YES _X_____ NO

```
   BECKE  606.00 *       MALE CUSTODY CLASSIFICATION FORM    *      03-18-2020
   PAGE 001 OF 001                                                  07:30:16
                              (A) IDENTIFYING DATA
   REG NO..: 34853-054              FORM DATE: 11-04-2019            ORG: BEC
   NAME....: SALEH, MOHAMMED

                                    MGTV: GRTR SECU
   PUB SFTY: GRT SVRTY,ALIEN        MVED: 06-04-2021
                               (B) BASE SCORING
   DETAINER: (0) NONE              SEVERITY........: (7) GREATEST
   MOS REL.: 53                    CRIM HIST SCORE: (00) 0 POINTS
   ESCAPES.: (0) NONE              VIOLENCE........: (1) > 10 YRS MINOR
   VOL SURR: (0) N/A               AGE CATEGORY...: (0) 55 AND OVER
   EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                              (C) CUSTODY SCORING
   TIME SERVED.....: (5) 76-90%    PROG PARTICIPAT: (2) GOOD
   LIVING SKILLS...: (2) GOOD      TYPE DISCIP RPT: (5) NONE
   FREQ DISCIP RPT.: (3) NONE      FAMILY/COMMUN..: (4) GOOD


                      --- LEVEL AND CUSTODY SUMMARY ---
   BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
   +8   +21    -5        +3        LOW          MEDIUM       IN       DECREASE



   G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

5

Oct. 19. 2018  8:59AM

# 34853-054  FCI-Beckley
Saleh, Mohammed    No. 2765    P. 13
DOB: 8/1/56

**Princeton Community Hospital**
12TH Street, P.O. Box 1369
Princeton, WV 24740
(304) 487-7000

## DISCHARGE SUMMARY

| Patient: | SALEH,MOHAMMED | | | Acct #: | PC0003253392 |
|----------|----------------|--|--|---------|--------------|
| Admitting: | David A Mullins M.D. MBA FACS | | | Unit #: | PC347140 |
| Attending: | David A Mullins M.D. MBA FACS | | | Status: | DIS IN - 10/16/18 |
| Admitted: | 10/12/18 | Age: 52 | DOB: 08/01/1956 | Room#: | 3WPC - 311-B |

Saleh, Mohammed

**PRINCIPAL DIAGNOSIS:**
Pneumatosis intestinalis.

**DISCHARGE DIAGNOSES:**
testis and pneumatosis intestinalis.

**PROCEDURE PERFORMED:**
Resection of hepatic flexure primary anastomosis.

**PRESENTATION:**
The patient is a 62-year-old male who has had ongoing abdominal pain and multiple abnormal colonoscopies who has had recommendations for resection of this abnormal segment multiple times and at this time is planned for elective colon resection. Risks and benefits have been outlined with him at length and he understands and wished to proceed.

**HOSPITAL COURSE:**
The patient was admitted the morning of surgery, underwent the initial robotic approach and subsequent conversion to a small left subcostal open incision for the completion of the anastomosis. Grossly, during the course of dissection was consistent with pneumatosis intestinalis and subsequently the pathology report confirmed that nearly immediately. The patient was transferred to the ICU for the initial first several days.

He was actually able to be started on a diet almost immediately with removal of NG tube the following day, slow advancement of diet. Really had no postoperative difficulties whatsoever. On the day of discharge, he is tolerating diet without difficulty, had return of bowel function. He is afebrile and had stable surgical wounds. Discharge disposition is back to his correctional facility. His staples need to be removed in 1 week. If he is doing well, does not have to have a specific followup with me unless there are some clinical concerns or indications for this.

**DISCHARGE MEDICATIONS:**
1. Aspirin 81 mg 1 p.o. daily.
2. Norco 7.5/325 one q.4h. p.r.n. pain.

Report #: 1018-0279
Report Status: Signed
Page 1 of 2

6