## SUMMARY OF LETTERS IN SUPPORT OF MOHAMMED SALEH

**1) Laura Rovner, Esq.,** writes, "...When released, Mr. Saleh will rejoin a family with whom he has maintained loving ties despite the passage of time and considerable distance. *I believe without reservation that if given the opportunity, he would live a wholly peaceful and law-abiding life* in free society. I am the Director of Clinical Programs and teach in the Civil Rights Clinic, a clinical education program at the University of Denver College of Law. ...I first met Mr. Saleh when our clinic began representing him in a lawsuit challenging his placement in indefinite solitary confinement in the U.S. Penitentiary-Administrative Maximum (ADX), the "supermax" prison in Florence, Colorado... (I should note that Mr. Saleh never did anything while he was incarcerated to warrant ADX placement he was sent there after 9/11 despite his having had no connection to the events of that day.) To the frustration of his lawyers, *in spite of his excellent prison record*, Mr. Saleh was denied access to the ADX Step-Down program for many years. When he finally was admitted to the program, he made it all the way to the final phase, only to be viciously attacked by a white supremacist prisoner and, ironically, given a disciplinary report for 'fighting.' This report resulted in him having to go all the way back to the beginning of the 2+ year Step-Down Program, thus *spending over a decade in solitary confinement in ADX. In short, Mr. Saleh has done exceedingly hard time, and for reasons having nothing to do with his conduct.* Despite this, I have found Mr. Saleh to be unfailingly compassionate, gentle, and kind. It takes a person of extreme strength of character to retain these qualities after years in near-isolation. *That he did not allow himself to devolve into anger or resentment speaks more to his nature than anything I could describe.* ...I also had the opportunity to review his BOP Central File, including his disciplinary history, program participation, program reviews, and progress reports, which illustrate the ways that Mr. Saleh has *used his time in prison to further his education and personal development.* While he had earned two Bachelor of Science degrees prior to his conviction, he continued to pursue educational opportunities once incarcerated. He completed a course to be a trained forklift operator. He has taken a number of classes toward a Masters degree. And while he was incarcerated at ADX, he completed approximately *100 educational courses.* He also learned how to crochet and to make jewelry. *Ever-generous and always thoughtful, Mr. Saleh has crocheted hats and scarves for the students who represented him, as well as for my family and me....* Mr. Saleh has delighted in the birth of each of his grandchildren; he treasures the photos of them and has joyfully recounted stories about them to me. It is clear to me that they cherish him as well. ...Mr. Saleh *is one of the most warm and caring people I have met.* He is unfailingly thoughtful and kind, *always remembering to send greetings to my family and me for the Jewish holidays, birthdays and other significant events.* ...In sum, *Mr. Saleh's conduct has been exemplary throughout his incarceration, he has strong ties to a loving and committed family, and he has been punished for his crime, serving over twenty years in prison, including a decade in solitary confinement.* He has accepted responsibility for the actions he took as a much younger man, and has used his time in prison to further his education in ways that enhance his ability to lead a law-abiding life. Finally, Mr. Saleh is nearly 60 years old and his health is deteriorating. ..." (Exhibit B, at 1-2, emphasis supplied)

**2) Carol Dudek** writes, "*I have known Mohammed Saleh since 1993 when I was appointed under the Criminal Justice Act as a Paralegal for a co-defendant.* I was very cautious, remembering the first bombing at the World Trade Center, in sight of where I live. My husband regularly drove through the Lincoln Tunnel or work and *I had misgivings about being on the defense team. ...For 18 months, my job was to be locked up with our client, with Mohammed and other defendants, often the only woman in the room. He was always considerate, gentlemanly and kind. Over all this time, Mohammed and I have become friends and I know what kind of person he is.* We regularly write and talk on the phone. I have socialized with his son and daughter, and corresponded with his wife and daughter, who live abroad. ...He earned two Bachelor of Science degrees in American universities for engineering and science. He married and had five children. He owned two successful gas stations, sometimes working 7 days a week, 13 hours daily, to support the family. He was never in trouble with the law... He lost his son and daughter, the children of his first marriage. During custody negotiations, he was arrested in this case, and thereafter the children's mother refused them any contact with [him.] Those children, he later discovered, were brutalized. His son was living in a car or in foster care ... his daughter was thrown out of the familial home, fending for herself in her teens. *Mohammed wants to make up for their loss. We all on the defense team were stunned by the verdict and the sentence, particularly in Mohammed's case,* because within the realm of the conspiracy, his role was so minor that *everyone believed his sentence would be minimal.* Mohammed should have pleaded guilty... Three co-defendants submitted guilty pleas and were released after ... minimal time... a fourth was released, and a fifth was re-sentenced [to minimal time.] The Second Circuit articulated in its Decision, '*what makes the defendants' points especially troubling is that some of the other counts that were available for consecutive sentences in order to approach the treason offense levels...involved conduct that was part of the seditious conspiracy.*' Because of the nature of the case, Mohammed has been in solitary confinement for most of his years of incarceration in Florence Supermax... When he was in the general population, his face was slashed by white supremacists. His record in prison has been excellent, with minor infractions. He helps other inmates, including a former co-defendant who was afflicted with mental illness: he would regularly talk to him to alleviate his loneliness, and brought treats to make him feel better. He now helps a former soldier who served in Iraq and suffers with mental problems. He is near completion of his Masters Degree and has accumulated over 2300 hours of college study... Mohammed has not seen his wife in all these years, or his other son, or daughter, who is severely depressed... They all live in Jordan. The family is devastated, and *they continue to suffer with no father for financial and emotional support.* ...His mother died during his imprisonment. When his two American children became adults they contacted him. His daughter, Sanna, regularly talks to him on the phone and drives to the mid-west from New York to visit him with his granddaughter. *They have a very loving, close and supportive relationship, which is a miracle after years of deprivation.* Sanna regularly phones his wife and children [in Jordan.] His son, Abdul Rahman, who hadn't seen his father since he was a baby, came to the US to study and visit his father. Mohammed has served the majority of his sentence, 22 years. He is old. .. He accepts responsibility for his crime and is profoundly remorseful. ... He knows he had a duty to protect others who would have been victimized, had the conspiracy been executed. He wants to be an asset to his community. His education ... and success in business shows how capable and committed a person he is. He wants to help his wife take care of their adult daughter and grandchildren and make

up for their years of loss. He has limited time left to experience family life. Although the Warden of Marion just recently asked Mohammed if he wanted to return home to serve out his sentence, Jordan is not a member of the International Prisoner Transfer Program. I am humbly asking you to grant clemency for my friend, who recently said to me on the phone, 'I'm old and sick, I want to go home.' He is well deserving of mercy, and our country will be honored for its leniency." (Exhibit B at 3-4, emphasis supplied)

3) **Sanna Saleh Jackson**, Mohammed's daughter, writes, "...My parents divorced when I was three or four... and from then on my mother refused to allow visitation. My dad was in negotiations to have custody when he was arrested in this case. *For all the years he was in prison, I was never given the letters, birthday cards and money he sent to my home.* People who tried to find me on his behalf were told that no one knew where I was... *I was 24 the first time I spoke to my father after I found him in prison. He is the only parent who loves me, cares about my life and is committed to me.* My mother sent me out of the house when I was young, when she remarried and had children with her new husband. I was abused by her and her husband, made to work and hand my earnings over to them and refused food. Her erratic behavior over the years excluded me from her new family until finally she totally rejected me. ... My daughter and I have gone to her house but she refused to speak to us. ... My daughter, Brianna, and I have visited my dad in Marion several times. ...[S]he cries because he can't come home with us. She speaks to him on the phone every week when he calls from jail... *Since I found my father again, I know what it is to be loved by a parent who wants the best for me.* He never misses a call to me every week to be sure I'm doing well. ...Because of him I've formed a loving relationship with my stepmother and step-siblings who live in Jordan. We talk on the phone often, email each other, send cards and gifts, and they want me to visit them... My stepbrother, Abdul Rahman, who is 23... came to the US to see our father for the first time since he was a baby. He lived with me and my daughter in our apartment and we drove across the country to see our dad... He cried and cried like a boy. ... *My father accepts full responsibility for his actions, and he tells me how much he regrets what he did. He is deeply remorseful because he knows that his crime could have had terrible consequences for others.* ... He served very hard time and he has been punished enough. ... If he was sentenced today, his time would be much shorter and he would be out by now. Other men in his trial pleaded guilty and four of them were released... [H]is health has been deteriorating. ... In prison, my father earned 2300 hours of college time and he is near getting his Masters Degree. ... He helps other prisoners, especially a man who is mentally ill, and another prisoner who was a soldier in Iraq depends on him for emotional support. My father is no threat to the outside world. ... He is always very positive on the phone and talks about his future after leaving prison. He wants to have responsibilities and ... to contribute to his community. He wants my daughter and I to visit and spend long vacations with him in Jordan. His life before prison was spent working hard for an education and developing two businesses. ... He will be loved and supported by his family, friends and former colleagues there. I will do all I can to encourage him... *This year the warden asked my father if he wanted to serve the rest of his sentence at home* and he would definitely be willing to serve time there close to his wife... He asked Jordanian authorities here for help, but since Jordan is not a member of the prisoner transfer program, he has no more options. My father is a good person. *Please give him a*

*chance to live the years he has left surrounded by the family who loves him. ...*" Exhibit B at 5-6, emphasis supplied

**4) Joyce Ellen Rosendahl, Esq.,** writes, "...*Mr. Saleh meets all of the requirements for prioritization of his application.* Mr. Saleh likely would have received a substantially lower sentence if convicted of the same offenses today following the US Supreme Court's decisions in *Apprendi, Blakely* and *Booker.* Mr. Saleh has no history of [violence] prior to or during his current term of imprisonment. ...[H]e has demonstrated excellent conduct in prison. ...[H]e had no criminal history... The government's conspiracy case against Mr. Saleh was built on the testimony of Emad Salem, a highly paid informant who was a known con-artist and manipulator. Mr. Salem's deception continues to this day. As recently as November 20, 2015, on 'The Alex Jones Shown,' Mr. Salem claimed that President Obama's brother in Kenya is the main support line for financing the Muslim Brotherhood, and that the Muslim Brotherhood is blackmailing President Obama by threatening to release documents... ...[U]pon release {Mr. Saleh] will be deported to Jordan. ...His is in near daily communication with his family in Jordan via email and telephone calls. Mr. Saleh also has two children and one grandchild from his first marriage... They live in New York. Based on the above, Mr. Saleh meets all the conditions for prioritization of his petition. ..." (Exhibit B at 7-8, emphasis supplied)

**5) James Davis** writes, "Carol Dudek... is my wife. ...I've been speaking to [Mohammed] by phone for many years, and I have compassion for his situation and his family. ...[H]e has been a model prisoner, a devoted husband and father, a hard worker, and a good friend. I know that he is now an old man, and I ask you for mercy... He needs to be with his family to enjoy whatever years are left in his life. His family, his elderly wife, sons and daughters, and grandchildren need his help and guidance..." (Exhibit B at 9)

**6) Brittany Glidden, Esq.,** writes, "...I have been working with people who are incarcerated for the past ten years, and *there is not a single other person I feel more certain will [live] a productive, peaceful, and law-abiding life if released than Mr. Saleh.* His family, with whom he has managed, against all odds, to maintain a close and loving relationship, will welcome him with open arms, and will assist him with the transition back to society. I currently teach law school at Golden Gate University of Law. ...I worked at the Prison Law Office... pursuing lawsuits for improved medical care, mental health care and better living conditions. In that capacity, I corresponded with and interviewed hundreds of prisoners. I also reviewed countless prisoner files. I went to work at the University of Denver School of Law in 2009, where I supervised students representing prisoners in Colorado prisons and federal detention... It was in 2009 that I met Mr. Saleh, who had a case challenging his long-term ADX confinement. ...I reviewed his entire prison file, interviewed him expensively, and met with him regularly over a period of four years... Among the many hundreds of prisoners I knew well, *Mr. Saleh stands out as one of the few who I feel certain will benefit society ...[when]released...* I have rarely been in the position of questioning whether [the people I worked with] should be in prison. ... When prisoners brought up questions about their convictions... generally I explained that I could not assist in that area. Immediately upon meeting Mr. Saleh, however, one had to ask how he had ended up where he was. People are sent to the ADX for a variety of reasons and reacted in a variety of ways, often with anger or violence.

Many (or most) have connections to dangerous groups or have prior violent incidents. *Mr. Saleh has neither, a situation that at times has left him vulnerable to attack from other prisoners...* Mr. Saleh just tried to take each day at a time and act the best he could. *Among many angry prisoners, he was always gracious, calm ...trying to make the best [of] a very hard time.* He didn't understand why he was at ADX (he was transferred along with many Muslim prisoners after 9-11, even though he didn't have any negative discipline history or any relationship to [those] events) and it didn't make sense to those of us who worked with him either. Rather than being hardened by prison, Mr. Saleh is warm, generous, and always tries to view his situation in the best possible light. He took every opportunity afforded to him to learn; *he was the only prisoner that I spoke with who said positive things about his programming on the tv) at ADX. And once at the CMU he talking happily about the groups he was participating in,* and the classes he was taking. Even when being informed that he lost his case, or that we could not represent him in other legal challenges, he was gracious, generous, and kind. *I know that you will have limited time or ability to meet with Mr. Saleh, and it is hard to 'know' someone in such circumstance. But if he presents as humble and thoughtful, it is the same person he has demonstrated [himself] to be to everyone around him for years.* In spite of all the challenges of his time in prison, and the hard places he has lived. He has never displayed anything but impeccable character. ... Mr. Saleh has amazingly kept ... his role as parent and husband, and often discussed his parenting issues with us... [If he were not to live with his family] *I would happily have offered my home to him while he got back onto his feet.* That is how certain I feel about his future actions and the fact that he deserves a chance..." Exhibit B, at 10-11, emphasis supplied.

7) **Kenji Kritani** writes, "...I am a native of Japan and live in this country since 1973. Carol Dudek who is my oldest friend has told me about [Mohammed's] case since the beginning. I know what it is like to be an old man, in a foreign country. Please show him mercy and let him live out his life with his family... He has suffered more than enough..." (Exhibit B at 12)

8) **Laileh Saleh,** Mohammed's wife, writes, "My name is Laila Saleh and Mohammed Saleh is my husband. My children and I hadn't seen my husband in 22 years until our son went to the US in 2014 to visit him for the first time. Mohammed was my pillar of strength. He was always generous, kind and hardworking. Our family is the most important part of his life. ... Losing their father has been devastating for our children. They were 6, 5 and 1 years old. My daughter now has two babies of her own, but her marriage has been troubled. She is in treatment for severe depression and she is unable to care for the children. They live with me, and I have to be a mother again for them. ...It is very stressful, and I am tired most of the time and sick often. ... One of my sons was deeply disturbed by his father's imprisonment, and as a teenager he was on a path that was unhealthy and destructive. My other son was very much in love with a college girl... They decided to marry, but her family refused to allow it because my husband is in prison. My son's heart is broken. ... I am determined to survive until Mohammed comes home. We pray for each other and are intimately involved with each other's lives. His children deserve to reunite with him. ..." Exhibit B at 13-14

**9) Nicole Godfrey, Esq.,** writes, "...Mr. Saleh is a warm, loving person who has maintained strong ties with his family throughout his 22 years of incarceration, and I feel confident that he will live a peaceful, law abiding life with his family upon his release... I am currently a Clinical Fellow and teach in the Civil Rights Clinic (CRC) ... at the University of Denver College of law. ...[H]e was a CRC client [while I was a student there] ... in a lawsuit challenging ... indefinite solitary confinement. ... From my colleagues, I learned that Mr. Saleh was a kind, easy going client who had done nothing to warrant his placement in the ADX. ...After law school, I continued to work with organizations ... on conditions of confinement cases. In 2011.. Mr. Saleh contacted me for representation in a lawsuit arising from a vicious attack he endured at the hands of a white supremacist gang member in September, 2008. ... I readily agreed to represent him, and I met him for the first time... ...[H]e is without fail, *one of the most compassionate clients I've ever had the opportunity to represent.* ... I learned that Mr. Saleh has continuously tried to use his time in prison to advance his education and personal development. ...Luckily for me, Mr. Saleh has a generous spirit, and I have been the proud recipient of hand-made gifts from him. While my representation of Mr. Saleh was not ultimately successful, he has remained eternally gracious, always remembering to check in on me and to wish me happy birthday. ...I had a hiking accident that left me severely injured... To this day, *I receive frequent emails from Mr. Saleh checking on how my recovery is going and worrying that I may continue to be in pain. This enduring kindness illustrate the loving, warm personality that Mr. Saleh has. It is this personality that has allowed him to maintain strong ties to family members, despite the enormous distance and hardship* that incarceration [causes]... Mr. Saleh speaks lovingly of his daughter and grandchildren, and he cherishes the moments he can spend with them... Mr. Saleh lights up with warmth whenever he speaks of his family, and I know they must feel the same way. *Mr. Saleh is a committed family man, who has served decades in prison, and undoubtedly stands ready to love a low-abiding life surrounded by his grandchildren.* Mr. Saleh is nearly 60 years old, and I am convinced that, if released, he would pose no risk to society. ..." Exhibit B, at 15-16

**10) Addul Rahman Mohammed Saleh,** Mohammed's son, writes, "...Mohammed Saleh is my father. ... I [had] not seen him for 22 years and miss him. ..[F]amily is the most important part of his life. Our family lost all financial support when my father was imprisoned. My mother is getting older and has the responsibility of caring for [the] grandchildren, and she is very tired. My grandmother died while he was in prison. My father... was very responsible and intelligent, and earned two Bachelor Degrees... in engineering and science. ... His two businesses did well, and sometimes he worked 7 days a week, 13 hours a day... We phone and write to each other regularly. He is devoted to our family and we support him completely. ...He served the majority of his 35 year sentence, and has been punished enough. ... If my father is returned to society, we will give him the support, motivation, guidance and love he needs to have a productive, stable life. He has a home to live in with us. There is very good employment in Jordan for someone with his achievements. He is always very positive on the phone... ...I humbly ask you for compassion and [to] give him clemency..." Exhibit B at 17-18



UNIVERSITY *of*
DENVER

STURM COLLEGE OF LAW
Clinical Programs

January 28, 2016

Deborah Leff
Office of the Pardon Attorney
145 N Street, NE
Room 5E.508
Washington, DC 20530

Re:    Mohammed Saleh, Reg. No. 34853-054 – Application for Clemency

Dear Ms. Leff:

I am writing to urge you to make a favorable clemency decision for Mohammed Saleh, whose conduct has been exemplary throughout his 22 years in prison. When released, Mr. Saleh will rejoin a family with whom he has maintained loving ties despite the passage of time and considerable distance. I believe without reservation that if given the opportunity, he would live a wholly peaceful and law-abiding life in free society.

I am the Director of Clinical Programs and teach in the Civil Rights Clinic, a clinical education program at the University of Denver College of Law. In that capacity, I supervise law students who provide legal representation to incarcerated clients. I first met Mr. Saleh in 2007, when our clinic began representing him in a lawsuit challenging his placement in indefinite solitary confinement in the U.S. Penitentiary-Administrative Maximum (ADX), the "supermax" prison in Florence, Colorado where he ultimately remained for nearly a decade. (I should note that Mr. Saleh never did anything while he was incarcerated to warrant ADX placement; he was sent there after 9/11 despite his having had no connection to the events of that day.)

To the frustration of his lawyers, in spite of his excellent prison record, Mr. Saleh was denied access to the ADX Step-Down program for many years. When he finally was admitted to the program, he made it all the way to the final phase, only to be viciously attacked by a white supremacist prisoner and, ironically, given a disciplinary report for "fighting." This report resulted in him having to go all the way back to the beginning of the 2+ year Step-Down Program, thus spending over a decade in solitary confinement in ADX. In short, Mr. Saleh has done exceedingly hard time, and for reasons having nothing to do with his conduct. Despite this, I have found Mr. Saleh to be unfailingly compassionate, gentle, and kind. It takes a person of extreme strength of character to retain these qualities after years in near-total isolation. That he did not allow himself to devolve into anger or resentment speaks more to his nature than anything I could describe.

In conjunction with our representation, I also had the opportunity to review his BOP Central File, including his disciplinary history, program participation, program reviews, and progress reports, which illustrate the ways that Mr. Saleh has used his time in prison to further his education and personal development. While he had earned two Bachelor of Science degrees prior to his

conviction, he continued to pursue educational opportunities once incarcerated. He completed a course to be a trained forklift operator. He has taken a number of classes toward a Masters degree. And while he was incarcerated at ADX, he completed approximately 100 educational courses. He also learned how to crochet and to make jewelry. Ever-generous and always thoughtful, Mr. Saleh has crocheted hats and scarves for the students who represented him, as well as for my family and me.

Third, Mr. Saleh has very strong ties to family members with whom he has maintained significant and loving relationships for years, despite enormous distance and hardship. His daughter and grandchildren regularly travel long distances to visit him, even when those visits were limited to speaking with each other through a glass partition. Mr. Saleh has delighted in the birth of each of his grandchildren; he treasures his photos of them and has joyfully recounted stories about them to me. It is clear to me that they cherish him as well.

This comes as no surprise to me, as Mr. Saleh is one of the most warm and caring people I have met. He is unfailingly thoughtful and kind, always remembering to send greetings to my family and me for the Jewish holidays, birthdays, and other significant events. And he has forged similar relationships with the generations of students who represented him over the years. All of them remember him fondly, many keep in touch with him, and he has had an enduring effect on them, in some cases shaping the course of their careers.

In sum, Mr. Saleh's conduct has been exemplary throughout his incarceration, he has strong ties to a loving and committed family, and he has been punished for his crime, serving over twenty years in prison, including a decade in solitary confinement. He has accepted responsibility for the actions he took as a much younger man, and has used his time in prison to further his education in ways that enhance his ability to lead a law-abiding life. Finally, Mr. Saleh is nearly 60 years old and his health is deteriorating. I am convinced that a decision to grant him clemency would not pose any risk to society, and that is continued incarceration fails to do any further justice. Further, with the strong and loving support of his family, Mr. Saleh will be well-positioned to make a successful transition from prison to the community. I hope you will give him the chance to do so.

Thank you for your consideration. If I can provide any additional information or answer any questions, please let me know.

Respectfully submitted,

Laura Rovner
Ronald V. Yegge Clinical Director
Associate Professor of Law

2

Carol Dudek
417 East 9th Street, #16
New York, NY 10009
212-982-1244
jamesdcarol@gmail.com

January 13, 2016

Mr. Robert Zauzmer
Office of the Pardon Attorney
145 N Street, NE
Room 5E.508
Washington, DC 20530

Re: Petition for Clemency for Mohammed Saleh, #34853-054

Dear Mr. Zauzmer:

I have known Mohammed Saleh since 1993 when I was appointed under the Criminal Justice Act as a Paralegal for a co-defendant in his case. When I met him, he asked in his polite way "why is this happening?" I had no answer. I was very cautious, remembering the first bombing at the World Trade Center, in sight of where I live. My husband regularly drove through the Lincoln Tunnel for work and I had misgivings about whether I wanted to be on the defense team. Ultimately, I decided that everyone has a right to a defense. For 18 months, my job was to be locked up with our client, with Mohammed and other defendants, often the only woman in the room. He was always considerate, gentlemanly and kind. Over all this time, Mohammed and I have become friends and I believe I know what kind of person he is. We regularly write and talk on the phone. I have spent time with his son and daughter, and correspond with his wife and daughter, who live abroad.

Mohammed loved being in the US and said he came here (before the Gulf War) to "get away from all the trouble." He earned two Bachelor of Science Degrees in American universities for engineering and science. He married and had five children. He owned two successful gas stations, sometimes working seven days a week, 13 hours daily, to support the family. He was never in trouble with the law, never had a criminal conviction before this. He lost his son and daughter, the children of his first marriage. During custody negotiations he was arrested in this case, and thereafter the children's mother refused them any contact with their father. Those children, he later discovered, were brutalized. His son was living in a car or in foster care when still a teenager; his daughter was thrown out of the familial home, fending for herself in her teens. Mohammed wants to make up for their loss.

We all on the defense team were stunned by the verdict and the sentence, particularly in Mohammed's case, because within the realm of the conspiracy, his role was so minor that everyone believed his sentence would be minimal. Three other defendants submitted guilty pleas and were released after serving minimal time or time spent, a fourth was released, and a fifth was re-sentenced. Mohammed should have pleaded guilty, but he was naïve about the enormous and far-reaching implications of this case. He told me he did not plead because he believed in the system, and that he was innocent! Naïve. The Second Circuit articulated in its decision, "what *makes the defendants' point especially troubling is that some of the other counts that were available for consecutive sentences in order to approach the treason offense levels...involved conduct that was part of the seditious conspiracy."*

Because of the nature of the case, Mohammed has been in and out of solitary confinement for most of his years of incarceration in Florence Supermax or Marion. When he was in the general population, his face was slashed by white supremacists.

His record in prison has been excellent, with minor infractions. He helps other inmates, including a former co-defendant who was afflicted with mental illness: he would regularly talk to him to alleviate his loneliness, and bought treats to make him feel better. He now helps a former soldier who served in Iraq and

3

suffers with mental problems.   He is near completion of his Masters Degree and has earned over 2300 hours of college study, including a one-year course in Microsoft Word Excel/Power Point.

Mohammed has not seen his wife in all these years, or his other son, or daughter, who is severely depressed and barely able to care for her own children.  They all live in Jordan.  They are indeed devastated and suffer as a family with no father for financial and emotional support.  Out of necessity and even though she is old, Mohammed's wife has become the caretaker of the grandchildren.  His third son was engaged to a young woman he loves dearly but whose family refused to allow marriage because of Mohammed's imprisonment.   His mother died during his imprisonment  When his two American children became adults they contacted him.  His daughter, Sanna, regularly talks with him on the phone and drives to the Mid-West from New York to visit him with his granddaughter.  They have a very loving, close and supportive relationship, which is a miracle after years of deprivation.  Sanna regularly phones his wife and children. His son, Abdul Rahman, who hasn't seen his father since he was a baby, came to the US to study and visit his father.

Mohammed has served the majority of his sentence, 23 of 35 years.  He had never been in trouble with the law before this case,  never charged with a criminal act.   He accepts responsibility for his crime and is profoundly remorseful.  He admits he broke the law and deserved punishment, that he should have been wiser, more courageous, and reported the visit to his gas station by the informants.  He had a duty to protect others who would have been victimized had the conspiracy been executed.

He wants to be an asset to his community.  His education, mature years, and success in his businesses show how capable and committed he is.  He wants to help his wife take care of their adult daughter and grandchildren and make up for their years of loss.  He has limited time left to experience family life.  Although the Warden of Marion asked just recently him if he wanted to return to his home to serve out his sentence, Jordan is not a member of the International Prisoner Transfer Program.

I am humbly asking you to grant clemency for my friend, who recently said to me on the phone, "I'm old and sick, I want to go home."

Sincerely,

Carol Dudek

February 23, 2016

Sanna Saleh Jackson
104 Pine Acres Blvd
Deer Park, NY 11729

Mr. Robert Zauzmer
Office of the Pardon Attorney
145 N St, NE, Rm 5E508
Washington, DC 20530

Re: Mohammed Saleh, #34853-054, Application for Clemency

Dear Mr. Zauzmer:

Mohammed Saleh is my father. I am the mother of a seven year-old daughter, and I work as a Direct Support Assistant at LIDDSO in Long Island, NY. My parents divorced when I was three or four years old, and from then on my mother refused to allow visitation. My dad was in negotiations to have custody when he was arrested in this case. For all the years he was in prison, I was never given the letters, birthday cards and money he sent to my home. People who tried to find me on his behalf were told that no one knew where I was, and my elementary school would not release any information to his representatives. I was 24 the first time I spoke to my father after I found him in prison.

He is the only parent who loves me, cares about my life and is committed to me. My mother sent me out of the house when I was a young, when she remarried and had children with her new husband. I was abused by her and her husband, made to work and hand my earnings over to them and refused food. Her erratic behavior over the years excluded me from her new family until finally she totally rejected me. Lastly, she has rejected my daughter as well. My daughter and I have gone to her house but she refused to speak to us. My daughter doesn't understand why her grandmother won't talk to her.

My daughter, Brianna, and I have visited my dad in Marion several times. We drove from New York and stayed overnight, and she cries because he can't come home with us. She speaks to him on the phone every week when he calls from jail, and she asks him to come home to live with us.

Since I found my father again, I know what it is to be loved by a parent who wants the best for me. He never misses a call to me every week to be sure I'm doing well. I try to send money when I can so he can have a few of the ordinary things in life. Because of him I've formed a loving relationship with my stepmother and step-siblings who live in Jordan. We talk on the phone often, email each other, send cards and gifts, and they want me to visit them in Jordan. My stepbrother, Abdul Rahman, who is 23 years old, came to the US to see our father for the first time since he was a baby. He lived with me and my daughter in our apartment and we drove to across the country to see our dad in jail. He cried and cried like a boy. The family in Jordan has been very troubled by the loss of our father. My stepsister has severe depression, her marriage is in trouble, and she cannot take care of her two very young children. My

5

stepmother, Layla, who is old, has the full responsibility for those children and she is tired out all the time.

My father accepts full responsibility for his actions, and he tells me how much he regrets what he did. He is deeply remorseful because he knows that his crime could have had terrible consequences for others. He would give anything to undo what he did. He served the majority of his 35-year sentence, now 23 years. He was in isolation for many years. He served very hard time and he has been punished enough. He knows he deserved punishment, but I believe the sentence was harsh. If he was sentenced today, his time would be much shorter and he would be out by now. Other men in his trial pleaded guilty and four of them were released and a fifth was re-sentenced. In the summer my father will be 60 years old, and his health has been deteriorating.

In prison, my father earned 2300 hours of college time and he is near getting his Masters Degree. He studied Microsoft Word Excel/Power Point for one year, had forklift training, and took many courses in craft making. He always has a prison job. His conduct record has been good, except for some minor infractions. He helps other prisoners, especially a man who is mentally ill, and another prisoner who was a soldier in Iraq who depends on him for emotional support.

My father is no threat to the outside world. He was never in trouble with the law and was never charged with a crime. He learned the lesson of his mistake. He is always very positive on the phone and talks about his future after leaving prison. He wants to have responsibilities and wants to contribute to his community. He wants my daughter and I to visit and spend long vacations with him in Jordan. His life before prison was spent working hard for an education and developing two businesses. His education, kindness and sympathy for others, and his abilities with computers and experience in businesses will make him an asset to his community. He will be loved and supported by his family, friends and former colleagues there. I will do all I can to encourage him, and I want to be the emotional support he needs to readjust to normal life.

This year the warden asked my father if he wanted to serve the rest of his sentence at home, and he would definitely be willing to serve time there close to his wife. He asked Jordanian authorities here for help, but since Jordan is not a member of the prisoner transfer program, he has no more options. My father is a good person. Please give him the chance to live the years he has left surrounded by the family who loves him. I humbly ask you for compassion and consider him for clemency.

With respect,

Sanna Saleh Jackson
Brianna Jackson

Joyce Ellen Rosendahl
Attorney-at-Law
P.O. Box 3663
Newport Beach, CA 92659
949-922-9462; Fax 949-480-0062
joycerosendahl@rosendahl-law.com

January 5, 2016

Deborah Leff
Office of the Pardon Attorney
145 N Street, N.E.
Room 5E.508
Washington, D.C. 20530

RE:    Mohammed Saleh, Reg. No. 34853-054
In Support of Application for Clemency

Dear Ms. Leff,

This letter is in support of federal prisoner Mohammed Saleh's application for clemency. Mr. Saleh meets all of the requirements for prioritization of his application.

<u>Mr. Saleh likely would have received a substantially lower sentence if convicted of the same offenses today following the U.S. Supreme Court's decisions in *Apprendi, Blakely* and *Booker*</u>

After a jury trial, Mr. Saleh was convicted of seditious conspiracy, bombing conspiracy, and attempted bombing; the court sentenced Mr. Saleh to 35 years as follows: seditious conspiracy (20 years), bombing conspiracy (5 years), and attempted bombing (10 years). *U.S. v. Rahman*, 189 F.3d 88, 149 (2nd Cir. 1999). According to the sentencing guidelines and the PSR, all of the charges had the same victim and should have been grouped under the primary charge of seditious conspiracy, the highest statutory maximum for which was 20 years. *Id.* at 146-147.

To arrive at the sentence, the court selected the guidelines for treason as a starting point, a charge carrying a life sentence, a charge Mr. Saleh was neither tried for nor convicted of. *Id.* at 150-151. The Second Circuit upheld the court's use of the treason guideline, ("Judge Mukasey was *fully entitled to use the treason guideline as an analogy* based on his view that the conduct of each defendant was "tantamount to waging war.") *Id.* at 154. (Emphasis added.) Based on subsequent Supreme Court case law, Mr. Saleh's 35-year sentence is unduly severe.

Under *Apprendi v. New Jersey*, 430 U.S. 466, 490 (2000), "[o]ther than the fact of a prior conviction, any fact that increases the penalty for a crime beyond the prescribed statutory maximum, other than the fact of a prior conviction, must be submitted to a jury, and proved beyond a reasonable doubt."

Under *Blakely v. Washington*, 542 U.S. 296, 303-304 (2004), "the relevant 'statutory maximum' is not the maximum sentence a judge may impose after finding additional facts, but the maximum he may impose *without* any additional findings. When a judge inflicts punishment that the jury's verdict alone does not allow, the jury has not found all the facts 'which the law makes essential to the punishment,' and the judge exceeds his proper authority." (Internal citation omitted.).

In *United States v. Booker*, 543 U.S. 220 (2005), the Supreme Court held that the ruling in <u>Apprendi</u> is applicable to the Federal Sentencing Guidelines. Based on the new law, Mr. Saleh

7

moved the Second Circuit for an order authorizing the district court to consider a successive 28 U.S.C. § 2255 motion. His motion was denied because "[t]he new rule of constitutional law established in *Blakely v. Washington*, and *United States v. Booker* does not apply retroactively to cases on collateral review for purposes of successive applications. *Saleh v. U.S.*, 1:01-cv-00169-WHP, Doc. 4, 09/23/05.

Mr. Saleh is a non-violent, low-level offender without significant ties to large scale criminal organizations, gangs or cartels

Mr. Saleh has no history of prior to or during his current term of imprisonment. He has served twenty-three years of his thirty-five year prison sentence, during which time he has demonstrated excellent conduct in prison. In prison, Mr. Saleh has had only a handful of minor infractions and had no criminal history prior to his arrest for the offenses he was convicted of. He owned his own business before his arrest.

The government's conspiracy case against Mr. Saleh was built on the testimony of Emad Salem, a highly paid informant who was a known con-artist and manipulator. Mr. Salem's deception continues to this day. As recently as November 20, 2015, on "The Alex Jones Show," Mr. Salem claimed that President Obama's brother in Kenya is the main support line for financing the Muslim Brotherhood[1], and that the Muslim Brotherhood is blackmailing President Obama by threatening to release documents that will threaten Obama's "throne."[2]

Mr. Saleh has strong family ties

Mr. Saleh, a Jordanian citizen, was in the process of adjusting his immigration status when he was arrested. Thus, upon release, he will necessarily be deported to Jordan. He is currently married to his second wife, who lives in Jordan. They have three children and two grandchildren living in Jordan, with the exception of one son who lives in New York. He is in near daily communication with his family in Jordan via email and telephone calls. Mr. Saleh also has two children and one grandchild from his first marriage, which lasted five years. They live in New York.

Based on the above, Mr. Saleh meets all the conditions for prioritization of his petition. Thank you very much for your consideration and your assistance in this important matter.

Yours truly,

Joyce Ellen Rosendahl, Esq.

cc: Mohammed Saleh, Kathy Manley, Esq.

---

[1] See http://www.infowars.com/egyptian-colonel-exposes-obamas-links-to-isis/ at approximately 17:00 mins.
[2] Id. at approximately 21:00 mins.

8

2

January 14, 2016

James Davis
417 E 9 St, #16
NY, NY 10009


Mr. Robert Zauzmer
Office of the Pardon Attorney
145 N Street, NE
Rom 5E.508
Washington, DC 20530

Re: Petition for Clemency for Mohammed Saleh, #34853-054

Dear Mr. Zauzmer:

Carol Dudek, the paralegal who worked on Mohammed's case, is my wife. I'm writing to you to concerning her request for clemency for Mohammed. I've been speaking to him by phone for many years, and I have compassion for his situation and his family.

From all the information available, he has been a model prisoner, a devoted husband and father, a hard worker, and a good friend.

I know that he is now an old a man, and I ask you for mercy to grant him a pardon. He needs to be with his family to enjoy what ever years are left in his life. His family, his elderly wife, sons and daughters, and grandchildren need his help and guidance.

Thank you,

James Davis

9

GOLDEN GATE UNIVERSITY | School of Law

February 25, 2016

Deborah Leff
Office of the Pardon Attorney
145 N. Street NE
Room 5E.508
Washington, DC 20530

Dear Ms. Leff:

I am writing to urge you to make a favorable clemency decision for Mohammed Saleh. I have been working with people who are incarcerated for the past ten years, and there is not a single other person I feel more certain will make a productive, peaceful, and law-abiding life if released than Mr. Saleh. His family, with who he has managed, against all odds, to maintain a close and loving relationship, will welcome him with open arms, and will assist him with the transition back to society.

I currently teach law school at Golden Gate University School of Law. Over the past ten years, my career has centered around assisting people who are incarcerated to improve their conditions. I worked at the Prison Law Office, an office that represents thousands of prisoners across the state of California, pursuing lawsuits for improved medical care, mental health care, and better living conditions. In that capacity, I corresponded with and interviewed hundreds of prisoners. I also reviewed countless prisoner files.

I went to work at University of Denver School of Law (DU) in 2009, where I supervised students representing prisoners in Colorado prisons and federal detention, including the ADX. It was in 2009 that I met Mr. Saleh, who had a case challenging his long-term ADX confinement. As part of his representation, I reviewed his entire prison file, interviewed him extensively, and met with him regularly over a period of four years, including visiting him at the Communications Management Unit (CMU) in Marion, Illinois. Among the many hundreds of prisoners I knew well, Mr. Saleh stands out as one of the few who I feel certain will benefit society to have released and will live without further incident.

In my representation of people who are incarcerated over the years, I have rarely been in the position of questioning whether they should be in prison. My role was to work to improve prison conditions to ensure that they were safe and humane. When prisoners brought up questions about their convictions and trying to be released, generally I explained that I could not assist in that area. Immediately upon meeting Mr. Saleh, however, one had to ask how he had ended up where he was.

People are sent to the ADX for a variety of reasons and reacted in a variety of ways, often with anger or violence. Many (or most) have connections to dangerous groups or have prior violent incidents. Mr. Saleh had neither, a situation that at times left him vulnerable to attack from other prisoners (as happened to him at one point when he was in an ADX Step-Down unit and he was attacked by a white supremacist prisoner). Mr. Saleh just tried to take each day at a time and act the best he could. Among many angry prisoners, he was always gracious, calm, and presented as one

536 Mission Street
San Francisco, CA
94105-2968
tel: 415-442-6600
fax: 415-442-6609
www.ggu.edu/law

10

trying to make the best in a very hard time. He didn't understand why he was at ADX (he was transferred along with many Muslim prisoners after 9-11, even though he didn't have any negative discipline history or any relationship to the events), and it didn't make sense to those of us who worked with him either.

Rather than being hardened by prison, Mr. Saleh is warm, generous, and always tried to view his situation in the best possible light. He took every opportunity afforded to him to learn; he was the only prisoner that I spoke with who said positive things about his programming (on the tv) at ADX. And once at the CMU he talked happily about the groups he was participating in, and the classes he was taking. Even when being informed that he lost his case, or that we could not represent him in other legal challenges, he was gracious, generous, and kind.

I know that you likely will have limited time or ability to meet with Mr. Saleh and it is hard to "know" someone in such circumstance. But if he presents as humble and thoughtful, it is the same person he has demonstrated to be to everyone around him for years. In spite of all of the challenges of his time in prison, and the hard places he has lived, he has never displayed anything but impeccable character. I know his family will be overjoyed to have him back; Mr. Saleh has amazingly kept in his role as parent and husband, and often discussed his parenting issues with us when we met with him, in terms of what limits his children should have, or how to best support his wife. But if they were not, I would happily have offered my home to him while he got back onto his feet. That is how certain I feel about his future actions and the fact that he deserves a chance to re-establish his life outside of prison.

If I can provide any other information to support Mr. Saleh's petition for clemency, please do not hesitate to contact me.

Sincerely,

Brittany Glidden
Assistant Professor

March 2, 2016

Kenji Kiritani
620 East 13th Street
New York, New York 10009
917-853-3566

Mr. Robert Zauzmer
Office of Pardon Attorney
145 N Street, NE, 5E.508
Washington, DC 20530

Petition for Clemency for Mohammed Saleh, #34853-054

Dear Mr. Zauzmer:

This letter is written regarding Mohammed Saleh. I believe he deserves clemency.

Carol Dudek who is my oldest friend has told me about his case since the beginning. I am a native of Japan and have lived permanently in the US since 1972. I am a carpenter, and I am now 70 years old. I know what it is like to be an old man in a foreign country.

Please show Mohammed Saleh mercy, and let him live out his life with his family and in his culture. He has suffered more than enough, and should be given a chance for a normal life.

Thank you for your kindness,

Kenji Kiritani

12

February, 2016

Office of the Pardon Attorney
145 N St, NE, Rm 5E508
Washington, DC 20530

Clemency Application of Mohammed Saleh #34853-054

Dear Pardon Attorney,

My name is Laila Saleh and Mohammed Saleh is my husband. I am 57 years old and I live in Jordan. My children and I hadn't seen my husband in 22 years until our son went to the US in 2014 to visit him for the first time. Mohammed was my pillar of strength. He was always generous, kind and hardworking. Our family is the most important part of his life. When he was imprisoned, I lost my means of financial support. I did not speak English well and had three small children, so we returned to Jordan where there is family and friends. Recently the warden asked Mohammed if he wanted to serve the rest of his sentence at home, and of course he was desperate to do that. He contacted the authorities here ten times, but Jordan is not a member of the International Prisoner Transfer Program. There is nowhere for us to turn and our only hope now is clemency.

Mohammed was always very disciplined and responsible. He loved the US and wanted to leave the troubles of the Middle East to make a better life. An excellent student, he earned two Bachelor Degrees in the University of North Carolina in engineering and science. His goal was to be successful for his family. His two businesses did well, and sometimes he worked 7 days a week, 13 hours a day, rarely taking off even if he was sick. He was a positive, optimistic person, hopeful about the future. He was involved in our community and always did something to give back.

Mohammed accepts full responsibility for his actions, and he tells me how much he regrets what he did. He is deeply remorseful, and he recognizes that his crime could have had terrible consequences for others. He would give anything to undo his actions. He says he did not intend to hurt us or cause our difficulties and suffering, but he knows that he did hurt us. He wants to make up for our losses. Through all these years, we are committed to our marriage, and we phone and write each other regularly. He is devoted to our family and we support him absolutely.

Losing their father has been devastating for our children. They were 6, 5 and 1 years old. My daughter now has two babies of her own, but her marriage has been troubled. She is in treatment for severe depression and she is unable to care for the children. They live with me, and I have to be a mother again for them. I never thought I would have such responsibility in my old age. It is very stressful, and I am tired most of the time and sick often. But there is no choice.  One of my sons was deeply disturbed by his father's imprisonment, and as a teenager he was on a path that was unhealthy and

13

destructive. My other son was very much in love with a college girl studying Physical Therapy. They decided to marry, but her family refused to allow it because my husband is in prison. My son's heart is broken. Mohammed's own mother died while he was in prison, and she never again saw him since he was a young man who left home to study. I am determined to survive until Mohammed comes home. We pray for each other, and are intimately involved with each other's life. His children deserve to reunite with him.

Mohammed will be 60 years old in August. He has served the majority of his 35-year sentence, and has been punished enough. He spent many years in isolation and served very hard time. He knows he deserved punishment, but the sentence was harsh. If he was sentenced today, his time would be much shorter and he would be out by now. Other men in his trial pleaded guilty and four of them were released; a fifth was re-sentenced. I can't believe society will benefit if Mohammed stays in prison until he is old and frail. Although his crime was very serious, he poses no threat to the outside world. He never before had any trouble with the law, and was never charged with a crime. Now he is wiser, and learned the lessons of his mistake.

Mohammed uses his years in prison to continue studying, and he earned 2300 hours of college time, nearly completing his Masters Degree. He completed a one-year course in Microsoft Word Excel/Power Point, and took handicraft courses. When out of isolation, he always has a prison job. His conduct record has been good, except for some minor infractions. He has helped other prisoners, especially a man who suffers from mental illness, talking with him and buying treats so he can feel a little better. Another prisoner who was a soldier in Iraq has come to depend on Mohammed for emotional support. I can see how patient Mohammed has become.

Our family and friends will give Mohammed the support, motivation, guidance, and love he needs to lead a productive, stable life. He has a home to live in with us. There is very good employment in Jordan for someone with his achievements. Mohammed sounds very positive on the phone and talks about his future after leaving prison. He wants to have responsibility, and wants to be an asset and contribute to his community.

Mohammed is a good person. Please give him the chance to live the years he has left surrounded by the family who loves him. I humbly ask you for your mercy and consider my husband for clemency.

Respectfully,

*Laila saleh*

14



UNIVERSITY of
DENVER

STURM COLLEGE OF LAW
Clinical Programs

March 2, 2016

Deborah Leff
Office of the Pardon Attorney
145 N Street, NE
Room 5E.508
Washington, DC 20530

Re: Mohammed Saleh, Reg. No. 34853-054 – Application for Clemency

Dear Ms. Leff,

I am writing in support of federal prisoner Mohammed Saleh's application for clemency. Mr. Saleh is a warm, loving person who has maintained strong ties with his family throughout his 22 year incarceration, and I feel confident that he will live a peaceful, law-abiding life with his family upon his release from prison.

I am currently a Clinical Fellow and teach in the Civil Rights Clinic (CRC), a clinical education program at the University of Denver College of Law. I first came to know of Mr. Saleh in 2008, when I enrolled as a student attorney in the CRC. While I did not represent Mr. Saleh during my tenure as a CRC student, he was a CRC client at the time and three of my colleagues represented him in a lawsuit challenging his placement in indefinite solitary confinement at the United States Penitentiary – Administrative Maximum (ADX), the federal "supermax" prison in Florence, Colorado. From my colleagues, I learned that Mr. Saleh was a kind, easy going client who had done nothing to warrant his placement at the ADX.

It was not until a few years after my matriculation through the CRC and my graduation from law school that I was able to meet Mr. Saleh in person. After law school, I continued to work with organizations who represented prisoners on conditions of confinement cases. In 2011, at one of those organizations, Mr. Saleh contacted me for representation in a lawsuit arising from a vicious attack he endured at the hands of a white supremacist gang member in September 2008. He had been litigating the case *pro se* and sought representation for the vindication of his constitutional rights. I readily agreed to represent him, and I met him for the first time at the United States Penitentiary – Marion, in Marion, Illinois. From the start, I found my CRC colleagues reports of Mr. Saleh to be accurate – he is, without fail, one of the most compassionate clients I've ever had the opportunity to represent.

Ricketson Law Building, 335 | 2255 E. Evans Ave. | Denver, CO 80208 | Main: 303.871.6140 | Fax: 303.871.6847 |
www.law.du.edu/clinics

15

In the course of my representation, I reviewed Mr. Saleh's BOP Central File, and I learned that Mr. Saleh has continuously tried to use his time in prison to advance his education and personal development. Mr. Saleh, who received two Bachelor of Science degrees prior to his incarceration, continued to pursue educational opportunities as much as possible within the prison system. He has taken classes in furtherance of a Master's degree, and he has completed at least 100 internal prison educational programs. Like many of his fellow prisoners confined at ADX, he used his the long hours isolated in his cell to learn how to crochet. Lucky for me, Mr. Saleh has a generous spirt, and I have been the proud recipient of hand-made gifts from him.

While my representation of Mr. Saleh was not ultimately successful, he has remained eternally gracious, always remembering to check in on me and to wish me happy holidays. Since my representation, Mr. Saleh has kept in touch through letters and e-mails, always checking in on me. During the course of my representation, I had a hiking accident that left me severely injured, facing long weeks on crutches and two surgeries followed my mandatory bedrest. To this day, I receive frequent e-mails from Mr. Saleh, checking on how my recovery is going and worrying that I may continue to be in pain.

This enduring kindness illustrates the loving, warm personality that Mr. Saleh has. It is this personality that has allowed him to maintain strong ties to family members, despite the enormous distance and hardship that incarceration places on family ties. Mr. Saleh speaks lovingly of his daughter and grandchildren, and he cherishes the moments he can spend with them, even when their visits are limited to speaking through a glass partition. Mr. Saleh lights up with warmth whenever he speaks of his family, and I know they must feel the same way.

Mr. Saleh is a committed family man, who has served decades in prison, and undoubtedly stands ready to live a law-abiding life surrounded his grandchildren. Mr. Saleh is nearly 60 years old, and I am convinced that, if released, he would pose no risk to society. Justice is not furthered by his continued incarceration, and I know, if given the chance, Mr. Saleh will be ready and able to successfully transition back into the community. I hope very much that you will grant his application for clemency and give him the chance to live out his life with his family.

Thank you for your consideration. Please let me know if I can provide any further information or answer any questions.

Respectfully submitted,

Nicole B. Godfrey
Clinical Fellow
Civil Rights Clinic

16

February, 2016

Office of the Pardon Attorney
145 N St, NE, Rm 5E508
Washington, DC 20530

Clemency Application of Mohammed Saleh #34853-054

Dear Pardon Attorney,

My name is Abdul Rahman Mohammed Saleh and Mohammed Saleh is my father.
I work in convenience market in Bronx, new yourk.
I have not seen him for 22 years and miss him. He was a kind, hardworking man and
family is the most important part of his life. Our family lost all financial support when
my father was imprisoned. My mother is getting older and has the responsibility of
caring for their grandchildren, and she is very tired. My grandmother died while he was
in prison.

My father loved the US and wanted to leave the troubles of the Middle East to make a
better life. He was very responsible and intelligent, and earned two Bachelor Degrees in
the University of North Carolina in engineering and science. His goal was to be
successful for his family. His two businesses did well, and sometimes he worked 7 days
a week, 13 hours a day, rarely taking off even if he was sick. He was a positive,
optimistic person, hopeful about the future. He was involved in our community and
always did something to give back.

My father accepts full responsibility for his actions, and he tells me how much he
regrets what he did. He is deeply remorseful, and he recognizes that his crime could
have had terrible consequences for others. He would give anything to undo his actions.
He says he did not intend to hurt us or cause our difficulties, and wants to make up for
our losses. Through all these years, we are committed to our marriage, and we phone
and write each other regularly. He is devoted to our family and we support him
completely.

In the summer my father will be 60 years old. He served the majority of his 35 year
sentence, and has been punished enough. He spent many years in isolation and served
very hard time. He knows he deserved punishment, but the sentence was harsh. If he
was sentenced today, his time would be much shorter and he would be out by now.
Other men in his trial pleaded guilty and four of them were released; a fifth was
resentenced.

This year the prison warden asked my father if he wanted to serve the rest of his
sentence at home, and he wanted to do that. He contacted the authorities here but Jordan
is not a member of the International Prisoner Transfer Program.

17

In prison, my father earned 2300 hours of college time and is almost finished with his Masters Degree. He studied Microsoft Word Excel/Power Point for one year, and took courses in crafts. He always has a prison job. His conduct record has been good, except for some minor infractions. He has helped other prisoners, especially a man who suffers from mental illness, and another prisoner who was a soldier in Iraq depends on him for emotional support.

My father is no threat to the outside world. He never before had any trouble with the law, and was never charged with a crime. He learned the lesson of his mistake. If my father is returned to society, we will give him the support, motivation, guidance, and love he needs to have a productive, stable life. He has a home to live in with us. There is very good employment in Jordan for someone with his achievements. He is always very positive on the phone and talks about his future after leaving prison. He wants to have responsibility, and wants to be an asset and contribute to his community.

My father is a good person. Please give him the chance to live the years he has left surrounded by the family who loves him. I humbly ask you for compassion and give him clemency.

Respectfully,

*abdul rahman saleh*

18