UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

**UNITED STATES OF AMERICA,**

                v.

**MOHAMMED SALEH,**

                Defendant.

**NOTICE OF MOTION**

No. 1:93-cr-00181

18 USC 3582(c)(1)(A)(i)

_____

      PLEASE TAKE NOTICE, that upon the memorandum of law of Kathy Manley, attorney for Mohammed Saleh, dated May 12, 2020, Mr. Saleh moves this Court on June 2, 2020 for compassionate release pursuant to 18 USC 3582(c)(1)(A)(i), as amended by the First Step Act (Pub. L. 115-391, § 603(b), 132 Stat. 5194, 5239 [eff. 12/21/2018.])

      WHEREAS, Mohammed Saleh respectfully requests that the Court grant the above relief, and such other and further relief as this Court deems just and proper.

      Dated: May 12, 2020.

                                      *Kathy Manley*
                                      KATHY MANLEY
                                      26 Dinmore Road
                                      Selkirk, NY 12158
                                      (518) 635-4005 (phone and fax)
                                      Mkathy1296@gmail.com

TO:    Clerk, US District Court
         United States Courthouse
         500 Pearl Street
         New York, New York 10007

         United States Attorney's Office
         1 Saint Andrews Plaza
         New York, NY 10007

         Mohammed Saleh
         Address on file