UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mohammed A. Saleh, Petitioner

    -against-                                      1:93CR181

United States of America, Respondent        **NOTICE OF APPEAL**

    Notice is hereby given that Mohammed A. Saleh, Petitioner, hereby appeals to the United States Court of Appeals for the Second Circuit from an Order entered July 8, 2020 denying his Appeal.

    This appeal is taken from the above-named appeal from the Order entered July 8, 2020 denying Petitioner's request for a reduction of his term of imprisonment under the federal compassionate release statute 18 USC § 3582(c)(1)(A), and contending that extraordinary and compelling reasons warrant his release.

Dated: July 10, 2020

                                                                    Mohammed A. Saleh

Mohammed A. Saleh #34853-054
FCI Elkton
PO Box 350
Beaver, West Virginia 25813



RECEIVED JUL 14 2020 S.D.N.Y. - APPEALS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mohammed A. Saleh, Petitioner

    -against-                                      1:93CR181

United States of America, Respondent        **NOTICE OF APPEAL**

    Notice is hereby given that Mohammed A. Saleh, Petitioner, hereby appeals to the United States Court of Appeals for the Second Circuit from an Order entered July 8, 2020 denying his Appeal.

    This appeal is taken from the above-named appeal from the Order entered July 8, 2020 denying Petitioner's request for a reduction of his term of imprisonment under the federal compassionate release statute 18 USC § 3582(c)(1)(A), and contending that extraordinary and compelling reasons warrant his release.

Dated: July 10, 2020

                                                                                 Mohammed A. Saleh

Mohammed A. Saleh #34853-054
FCI Elkton
PO Box 350
Beaver, West Virginia 25813

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Mohammed A. Saleh,
        Petitioner,

v.                                                                 1:93cr181

United States of America,
        Respondent.

## CERTIFICATE OF SERVICE

I, Mohammed A. Saleh, certify under penalty of perjury that on July 10, 2020 I served the enclosed Notice of Appeal by depositing in a receptacle of the USPS, prepaid first class mail on the following:

                              Kyle Wirshba
                              US Attorney's Office
                              Southern District of NY
                              One St. Andrew's Plaza
                              NY, NY 10007

*/s/ M. Saleh*

Mohammed A. Saleh, #34853-054

Mohammed Saleh #34853-054
FCI Beckley
PO Box 350
Beaver, WV 25813

USPS SDNY

NEW YORK NY 100
11 JUL '20
PM 1·L

Pro Se Intake Unit
Clerk of the Court, US District Court
Southern District of New York
Daniel Moynihan Courthouse
500 Pearl Street
NY, NY 10007-1312

10007-133099

RECEIVED
SDNY PRO SE OFFICE
2020 JUL 14  PM 11:21



FOREVER  043800613141659