# MANDATE

S.D.N.Y. – N.Y.C.
93-cr-181
01-cv-169
Pauley, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of August, two thousand twenty-one.

Present:
    Richard J. Sullivan,
    Michael H. Park,
    Steven J. Menashi,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 08 2021

---

United States of America,

        *Appellee*,

v.

Ibrahim A. Elgabrowny, et al.,

        *Defendants*,

Mohammed Saleh, AKA Mohammed Ali,

        *Defendant-Appellant*.

20-2254 (L),
21-341 (Con)

---

Appellant, pro se, moves for leave to proceed in forma pauperis ("IFP") in these consolidated appeals and to expedite the appeal docketed under 20-2254. Upon due consideration, it is hereby ORDERED that, in the appeal docketed under 21-341, the IFP motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e). It is further ORDERED that, in the appeal docketed under 20-2254, the IFP motion is GRANTED and the motion to expedite is DENIED. The appeal docketed under 20-2254 will proceed in the ordinary course.


A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

MANDATE ISSUED ON 09/08/2021