UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 93-CR-181 (LAP) |
| -against- | ORDER |
| MOHAMMED SALEH, | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Mohammed Saleh's motion [dkt. no. 1213] requesting a reduction of his sentence under 18 U.S.C. § 3582(c)(1)(A)(i).  The Government shall respond to Mr. Saleh's motion by February 18, 2022.  Mr. Saleh shall file any reply by March 4, 2022.

**SO ORDERED.**

Dated:     January 19, 2022
           New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

1