UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>MOHAMMED SALEH,<br><br>                Defendant. | No. 93-CR-181 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Saleh's motion for reconsideration dated January 24, 2023. (See dkt. no. 1236.) The Government shall respond to Mr. Saleh's motion no later than August 31, 2023. Mr. Saleh shall file his reply, if any, no later than September 28, 2023.

    The Clerk of the Court shall mail a copy of their order to Mr. Saleh.

**SO ORDERED.**

Dated:    August 3, 2023
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1